1  JEFFREY G. KNOWLES (State Bar No. 129754)
   COBLENTZ, PATCH, DUFFY & BASS LLP
2  One Ferry Building, Suite 200
   San Francisco, California 94111-4213
3  Telephone: (415) 391-4800
   Facsimile: (415) 989-1663
4  Email: ef-jgk@cpdb.com

5  KIMBERLY B. MALERBA (*pro hac vice*)
   DOUGLAS COOPER (*pro hac vice*)
6  RUSKIN MUSCOU FATISHCHEK, P.C.
   East Tower, 15th Floor
7  1425 Reckson Plaza
   Uniondale, New York 11556-1425
8  Telephone: (516) 663-6600
   Facsimile: (516) 663-6601
9
   Attorneys for Defendant and Counterclaimant
10 INTERCO PRODUCTS CORP.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| WORLD PAC, INC., | Case No. 06-CV-06079-CW |
| Plaintiff, | **STIPULATION EXTENDING TIME** |
| v. | |
| INTERCO PRODUCTS CORP., | |
| Defendant. | |
| AND RELATED COUNTER CLAIMS | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys in the above-captioned action, that: (1) Interco Product Corporation's Opposition and Cross Motion for Summary Judgment, currently scheduled to be served on May 11, 2007, is adjourned on consent to May 24, 2007; (2) Worldpac, Inc.'s Reply / Opposition shall be served by May 31, 2007; and (3) Interco's surreply shall be served by June 7, 2007. The Court shall hear the above referenced motions on June 21, 2007, or as soon thereafter as the Court determines.

1   This Stipulation may be signed in counterparts and a facsimile shall be as good as an
2   original.

3   ALSTON & BIRD LLP                              RUSKIN MOSCOU FALTISCHEK, P.C.
4
5   By: *Pamela K. Lina*                           By: *Kimberly Malerba*
6   Pamela K. Lina, Esq. (*Pro hac vice*)          Kimberly B. Malerba, Esq. (*Pro hac vice*)
    Attorney for WORLDPAC, Inc.                    Attorney for Interco Products Corp.
7   1201 West Peachtree Street                     1425 RexCorp. Plaza
    Atlanta, GA 30309-3424                         East Tower – 15th Floor
8   (404) 881-7000                                 Uniondale, New York 11556
                                                   (516) 663-6600
9
10  Dated: May 9, 2007                             Dated: May 9, 2007
11
12  SO ORDERED:    5/14/07
13  *Claudia Wilken*
14  Judge Claudia Wilken

12787.001.553166v1                1                                         06-CV-06079-CW
**STIPULATION EXTENDING TIME**