```
LUTHER ORTON (State Bar No. 54258)
PETER P. MERINGOLO (State Bar No. 197136)
SNYDER MILLER & ORTON LLP
111 Sutter Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 962-4400
Facsimile: (415) 962-4401
lorton@smollp.com
pmeringolo@smollp.com

MARTIN J. ELGISON (pro hac vice)
ROBERT L. LEE (pro hac vice)
PAMELA K. LINA (pro hac vice)
CHERRI T. GREGG (pro hac vice)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424
Telephone:  (404) 881-7000
Facsimile:  (404) 881-7777
Martin.Elgison@alston.com
Bob.Lee@alston.com
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| WORLDPAC, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>INTERCO PRODUCTS CORPORATION,<br><br>Defendant. | Case No. 06-cv-06079-CW<br><br>**STIPULATION EXTENDING TIME** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys in the above-captioned action, that: (1) WORLDPAC, Inc.'s Memorandum of Points and Authorities in

Reply to Defendant's Opposition to WORLDPAC's Motion for Summary Judgment and in Opposition to Defendant's Cross Motion for Summary Judgment currently scheduled to be served on May 31, 2007, is adjourned on consent to June 1, 2007; and (2) Interco's surreply shall be served by June 8, 2007. The Court shall hear the above referenced motions on June 28, 2007, or as soon thereafter as the Court determines.

This Stipulation may be signed in counterparts and a facsimile shall be as good as an original.

ALSTON & BIRD LLP

By: /s/ Martin J. Elgison
Martin J. Elgison, Esq. (*Pro Hac Vice*)
Attorney for WORLDPAC, Inc.
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000

Dated: May 31, 2007

SO ORDERED:

/s/ Claudia Wilken
Judge Claudia Wilken

RUSKIN MOSCOU FALTISCHEK, P.C.

By: /s/ Kimberly B. Malerba
Kimberly B. Malerba, Esq. (*Pro Hac Vice*)
Attorney for Interco Products Corporation
1425 RexCorp. Plaza
East Tower – 15th Floor
Uniondale, New York 11556
(516) 663-6600

Dated: May 31, 2007