LUTHER ORTON (State Bar No. 54258)
PETER P. MERINGOLO (State Bar No. 197136)
SNYDER MILLER & ORTON LLP
111 Sutter Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 962-4400
Facsimile: (415) 962-4401
lorton@smollp.com
pmeringolo@smollp.com

MARTIN J. ELGISON (*pro hac vice*)
ROBERT L. LEE (*pro hac vice*)
PAMELA K. LINA (*pro hac vice*)
CHERRI T. GREGG (*pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424
Telephone:  (404) 881-7000
Facsimile:  (404) 881-7777
martin.Elgison@alston.com
bob.Lee@alston.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| WORLDPAC, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>INTERCO PRODUCTS CORPORATION,<br><br>Defendant. | Case No. 06-cv-06079-CW<br><br>**STIPULATION EXTENDING COMPLETION OF FACT DISCOVERY**<br>AS MODIFIED |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys in the above-captioned action that (1) the parties are engaged in good faith negotiations to compromise

and settle the claims and counterclaims asserted in this case; (2) the parties believe that their time and efforts are best spent pursuing settlement rather than prosecuting and defending the claims and counterclaims in the case; and (3) the parties believe it is in their interest to extend current deadline for the completion of fact discovery of June 29, 2007. Accordingly, the parties hereby jointly request that the completion of fact discovery, currently set for June 29, 2007 be extended sixty (60) days until August 28, 2007, disclosure of identities and reports of expert witnesses be extended to September 7, 2007, and completion of Expert Discovery be extended to October 31, 2007, with the time for dispositive motions adjusted correspondingly as the Court deems appropriate.

This Stipulation may be signed in counterparts and a facsimile shall be as good as an original.

ALSTON & BIRD LLP

By: _____

Martin J. Elgison, Esq. (*Pro hac vice*)
Attorney for WORLDPAC, Inc.

1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000

Dated: June 8, 2007

RUSKIN MOSCOU FALTISCHEK, P.C.

By: _____

Kimberly B. Malerba, Esq. (*Pro hac vice*)
Attorney for Interco Products Corp.

1425 RexCorp. Plaza

East Tower – 15th Floor

Uniondale, New York 11556

(516) 663-6600

Dated: June 8, 2007

SO ORDERED:   TIME FOR DISPOSITIVE MOTIONS IS NOT CHANGED.

_____
Judge Claudia Wilken