LUTHER ORTON (State Bar No. 54258)
PETER P. MERINGOLO (State Bar No. 197136)
SNYDER MILLER & ORTON LLP
111 Sutter Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 962-4400
Facsimile: (415) 962-4401
lorton@smollp.com
pmeringolo@smollp.com

MARTIN J. ELGISON (*pro hac vice*)
PAMELA K. LINA (*pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424
Telephone:  (404) 881-7000
Facsimile:  (404) 881-7777
martin.elgison@alston.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| WORLDPAC, INC., <br><br> Plaintiff, <br><br> vs. <br><br> INTERCO PRODUCTS CORPORATION, <br><br> Defendant. | Case No. 06-cv-06079-CW <br><br> ORDER GRANTING <br><br> **<u>STIPULATED REQUEST FOR ORDER CONTINUING HEARING DATE FOR SUMMARY JUDGMENT MOTIONS</u>** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys in the above-captioned action that (1) the parties are engaged in good faith negotiations to compromise and settle the claims and counterclaims asserted in this case and have a meeting scheduled for July 2, 2007 to discuss possible terms; (2) the parties believe it is in their interest and in the interest of

judicial economy to continue the hearing date for the parties' summary judgment motions from June 28, 2007 to August 2, 2007; and (3) the parties have been advised that August 2, 2007 is the Court's first available date for the hearing. Such a continuance will have no effect on the schedule for this case. Accordingly, the parties hereby jointly request that the Court continue the hearing date for summary judgment motions to August 2, 2007.

Please note that on May 14, 2007, pursuant to stipulation, the Court granted an order extending the time for Interco's Opposition and Cross Motion for Summary Judgment, WORLDPAC's Reply/Opposition, and Interco's surreply. On June 5, 2007, pursuant to stipulation, the Court granted an order extending the time for WORLDPAC's Memorandum of Points and Authorities in Reply to Defendant's Opposition to WORLDPAC's Motion for Summary Judgment and in Opposition to Defendant's Cross Motion for Summary Judgment, and Interco's surreply. Also, on June 11, 2007, pursuant to stipulation, the Court granted an order extending the completion of fact discovery until August 28, 2007.

Stipulation may be signed in counterparts and a facsimile shall be as good as an original.

ALSTON & BIRD LLP

By: _____
Martin J. Elgison, Esq. (*Pro hac vice*)
Attorney for WORLDPAC, Inc.
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000

Dated: June 25, 2007

RUSKIN MOSCOU FALTISCHEK, P.C.

By: _____
Kimberly B. Malerba, Esq. (*Pro hac vice*)
Attorney for Interco Products Corp.
1425 RexCorp. Plaza
East Tower – 15th Floor
Uniondale, New York 11556
(516) 663-6600

Dated: June 25, 2007

SO ORDERED:

_____
Judge Claudia Wilken