IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLDPAC, INC., | No. C 06-6079 CW |
|     Plaintiff, | ORDER CONCERNING INTERCO'S REQUEST |
|   v. | FOR LEAVE TO AMEND |
| INTERCO PRODUCTS CORP., | |
|     Defendant. | |
| _____/ | |
| INTERCO PRODUCTS CORP., | |
|     Counterclaimant, | |
|   v. | |
| WORLDPAC, INC., | |
|     Counterdefendant. | |
| _____/ | |

    In Defendant Interco Products Corp.'s opposition to Plaintiff Worldpac, Inc.'s motion for partial summary judgment and cross-motion for summary judgment, it requests leave to amend its counter-complaint to include claims based on Worldpac's alleged tortious interference with contractual relations and with

prospective economic relations.  This request, however, is not properly noticed; nor does Interco provide a copy of its proposed amended counter-complaint.

Interco's request for leave to amend its complaint is denied. If Interco wishes to amend its counter-complaint, it must do so through a properly notice motion and must provide a copy of its proposed amended complaint.  See Civ.  L.R. 7-2.

IT IS SO ORDERED.

6/26/07

Dated: _____      _____
                                     CLAUDIA WILKEN
                                     United States District Judge