LUTHER ORTON (State Bar No. 54258)
PETER P. MERINGOLO (State Bar No. 197136)
SNYDER MILLER & ORTON LLP
111 Sutter Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 962-4400
Facsimile: (415) 962-4401
lorton@smollp.com
pmeringolo@smollp.com

MARTIN J. ELGISON (*pro hac vice*)
ROBERT L. LEE (*pro hac vice*)
PAMELA K. LINA (*pro hac vice*)
JASON D. ROSENBERG (*pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Martin.Elgison@alston.com
Bob.Lee@alston.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| WORLDPAC, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>INTERCO PRODUCTS CORPORATION,<br><br>Defendant. | Case No. 06-cv-06079-CW<br><br>AMENDED<br><br>**STIPULATION EXTENDING COMPLETION OF FACT DISCOVERY** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys in the above-captioned action that (1) the parties have been engaged in good faith negotiations to compromise and settle the claims and counterclaims asserted in this case and have reached agreement on virtually all issues; (2) the settlement agreement will require certain actions by non-parties

1                                         Case No. 06-cv-06079-CW
**STIPULATION EXTENDING COMPLETION OF FACT DISCOVERY**

previously identified to the court, one of which is an Italian company; (3) the parties believe that their time and efforts are best spent pursuing completion of their settlement rather than prosecuting and defending the claims and counterclaims in the case; (4) the current deadline for the completion of fact discovery of is October 31, 2007, with dispositive motions due on Nov. 15, 2007; and (5) the parties believe it is in their interest to extend the current deadlines for the completion of fact discovery and the filing of dispositive motions to preserve the parties' rights in the event the settlement is not consummated. Accordingly, the parties hereby jointly request that the completion of fact discovery, currently set for October 31, 2007 be extended sixty (60) days until December 31, 2007, disclosure of identities and reports of expert witnesses be extended to February 4, 2008 and completion of Expert Discovery be extended to March 31, 2008. Additionally, the parties jointly request that the Court continue the date for the hearing on dispositive motions to January 10, ~~2007~~ 2008 at 2:00 p.m., the pretrial conference date to April 22, 2008 and the trial date to May 12, 2008.

This Stipulation may be signed in counterparts and a facsimile shall be as good as an original.

ALSTON & BIRD LLP

By: /s/ Pamela K. Lina

Pamela K. Lina, Esq. (*Pro hac vice*)
Attorney for WORLDPAC, Inc.
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000
Dated: October 30, 2007

RUSKIN MOSCOU FALTISCHEK, P.C.

By: /s/ Kimberly B. Malerba

Kimberly B. Malerba, Esq. (*Pro hac vice*)
Attorney for Interco Products Corp.
1425 RexCorp. Plaza, E. Tower – 15th Floor
Uniondale, New York 11556
(516) 663-6600
Dated: October 30, 2007

SO ORDERED:

IT IS SO ORDERED
Claudia Wilken
Judge Claudia Wilken

_____
Judge Claudia Wilken

Case No. 06-cv-06079-CW
STIPULATION EXTENDING COMPLETION OF FACT DISCOVERY