LUTHER ORTON (State Bar No. 54258)
PETER P. MERINGOLO (State Bar No. 197136)
SNYDER MILLER & ORTON LLP
111 Sutter Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 962-4400
Facsimile: (415) 962-4401
lorton@smollp.com
pmeringolo@smollp.com

MARTIN J. ELGISON (*pro hac vice*)
JASON D. ROSENBERG (*pro hac vice*)
PAMELA K. LINA (*pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424
Telephone:  (404) 881-7000
Facsimile:  (404) 881-7777
Martin.Elgison@alston.com
Jason.Rosenberg@alston.com
Pamela.Lina@alston.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WORLDPAC, INC.,<br><br>   Plaintiff,<br><br>vs.<br><br>INTERCO PRODUCTS CORPORATION,<br><br>   Defendant. | Case No. 06-cv-06079-CW<br><br>**JOINT STIPULATION OF DISMISSAL AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys in the above-captioned action that, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), (c):

(1) Plaintiff WORLDPAC, INC.'s ("WORLDPAC") claims against Defendant INTERCO PRODUCTS CORPORATION ("INTERCO"), may be, and hereby are, voluntarily dismissed without prejudice;

(2) INTERCO'S counterclaims against WORLDPAC may be, and hereby are, voluntarily dismissed without prejudice;

(3) In the event that neither party re-files its claims in this matter on or before December 31, 2008, the dismissal of WORLDPAC's claims, and the dismissal of INTERCO's counterclaims, shall become voluntary dismissals with prejudice on January 1, 2009; and

(4) Each party will bear full responsibility for its own costs and attorneys' fees, and expressly waives any right it might have to recover such costs and attorneys' fees from any other party.

This stipulation may be signed in counterparts and a facsimile will be deemed as good as an original.

Respectfully submitted this 30th day of November, 2007.

| Counsel for Plaintiff WORLPAC, INC. | Counsel for Defendant INTERCO PRODUCTS CORPORATION |
|---|---|
| /s/ *[signature]* | /s/ *[signature]* |
| MARTIN J. ELGISON (*pro hac vice*) | KIMBERLY MALERBA (*pro hac vice*) |
| JASON D. ROSENBERG (*pro hac vice*) | DOUGLAS COOPOER (*pro hac vice*) |
| PAMELA K. LINA (*pro hac vice*) | Ruskin Moscou Faltischek, P.C. |
| ALSTON & BIRD LLP | East Tower, 15th Floor |
| One Atlantic Center | 1425 RexCorp. Plaza |
| 1201 West Peachtree Street | Uniondale, NY 11556-1425 |
| Atlanta, GA 30309-3424 | |
| Telephone: (404) 881-7000 | JEFFREY G. KNOWLES |
| Facsimile: (404) 881-7777 | Coblentz, Patch, Duffy & Bass LLP |
| Martin.Elgison@alston.com | One Ferry Building, Suite 200 |
| Jason.Rosenberg@alston.com | San Francisco, California 94111-4213 |
| Pamela.Lina@alston.com | |

LUTHER ORTON (State Bar No. 54258)
PETER P. MERINGOLO (State Bar No. 197136)
SNYDER MILLER & ORTON LLP
111 Sutter Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 962-4400
Facsimile: (415) 962-4401
lorton@smollp.com
pmeringolo@smollp.com


SO ORDERED:          12/5/07


*[signature]*
_____
Judge Claudia Wilken

## PROOF OF SERVICE

I, Jason D. Rosenberg, declare:

I am a resident of the State of Georgia and over the age of eighteen years, and not a party to the within action; my business address is **One Atlantic Center, 1201 W. Peachtree Street, Atlanta, Georgia 30309**. On **November 30, 2007**, I served the within documents:

### JOINT STIPULATION OF DISMISSAL AND ORDER

☐ by transmitting via **facsimile** the document(s) listed above to the fax number(s) set forth below or on the attached service list.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the **United States mail** at Atlanta, Georgia addressed as set forth below or on the attached service list.

☐ by placing the document(s) listed above in a sealed **Federal Express** envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a **Federal Express** agent for delivery to the addressee(s) below or on the attached service list.

☐ I caused the envelope(s) with the document(s) listed above to be delivered by hand, by **MLQ**, to the addressee(s) below or on the attached service list.

☒ by transmitting via **E-Filing** the document(s) listed above to the person(s) at the address(es) set forth below or on the attached service list.

☐ by transmitting via **E-Mail** the document(s) listed above to the person(s) at the address(es) set forth below or on the attached service list.

Kimberly Malerba, Esq.
Douglas Cooper, Esq.
Ruskin Mouscou Faltischek, P.C.
East Tower, 15th Floor
1425 Reckson Plaza
Uniondale, NY 11556-1425
*Attorneys for Defendant*

Jeffrey G. Knowles, Esq.
Coblentz, Patrch, Duffy & Bass LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
*Attorney for Defendant*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of Georgia that the foregoing is true and correct.

/s/ _____
Jason D. Rosenberg